

PLAINTIFF'S EXHIBIT 1

| 115TH CONGRESS  2d Session | HOUSE OF REPRESENTATIVES | REPORT 115–1072 |
|---|---|---|

# AGRICULTURE IMPROVEMENT ACT OF 2018

---

## CONFERENCE REPORT

TO ACCOMPANY

## H.R. 2



DECEMBER 10, 2018.—Ordered to be printed

737

The Conference substitute adopts the Senate provision with amendment, including auditing authority and a grandfather clause regarding program participation. (Sections 10113 and 10114)

In Sec. 297A, the Managers intend to clarify, within the hemp production subtitle, that hemp is defined as the plant cannabis sativa L, or any part of that plant, including seeds, derivatives, and extracts, with a delta–9 tetrahydrocannabinol (THC) concentration of not more than 0.3 percent on a dry weight basis.

In Sec. 297B, the Managers intend to authorize states and tribal governments to submit a state plan to the Secretary for approval to have primary regulatory authority over the growing and production of hemp. The Managers do not intend to limit what states and tribal governments include in their state or tribal plan, as long as it is consistent with this subtitle. For example, states and tribal governments are authorized to put more restrictive parameters on the production of hemp, but are not authorized to alter the definition of hemp or put in place policies that are less restrictive than this title.

Within 60 days of receiving a state or tribal plan, the Secretary must approve or deny the plan. The Secretary is required to consult with the Attorney General regarding the approval or denial of state plans, but the Managers intend for the final decision to be made by the Secretary. The consultation with the Attorney General should not alter the 60 day requirement to approve or deny a plan.

The Managers authorized the Secretary to audit state and tribal compliance with an approved plan and take corrective action, including revoking approval, based on a state or tribal government's noncompliance, as appropriate. The Managers intend to allow state and tribal governments to appeal decisions by the Secretary pertaining to a state or tribal plan for hemp production and do not intend to preclude a state or tribal government from resubmitting a new state or tribal plan for consideration at a later date. If a state or tribal plan is denied or revoked, the Managers intend for hemp production in that state or tribal area to fall under the Secretary's jurisdiction as authorized in section 297C.

The Secretary is authorized to provide technical assistance to states and Indian tribes to aid in the development of a state or tribal plan.

The Managers define negligent and other types of producer violations that require enforcement under a state or tribal plan. The Managers also set limits on who may participate in state or tribal plans. Any person convicted of a felony relating to a controlled substance shall be ineligible to participate under the state or tribal plan for a 10-year period following the date of the conviction. However, this prohibition shall not apply to producers who have been lawfully participating in a state hemp pilot program as authorized by the Agricultural Act of 2014, prior to enactment of this subtitle. Subsequent felony convictions after the date of enactment of this subtitle will trigger a 10-year nonparticipation period regardless of whether the producer participated in the pilot program authorized in 2014. Additionally, anyone who materially falsifies any information in their application to participate in hemp production through a state, tribal, or USDA plan shall be ineligible.

796

statement of managers contains any congressional earmarks, congressionally directed spending items, limited tax benefits, or limited tariff benefits, as defined in such rules.

From the Committee on Agriculture, for consideration of the House bill and the Senate amendment, and modifications committed to conference:

K. MICHAEL CONAWAY,
GLENN THOMPSON of Pennsylvania,
BOB GOODLATTE,
FRANK D. LUCAS,
MIKE ROGERS of Alabama,
AUSTIN SCOTT of Georgia,
ERIC A. "RICK" CRAWFORD,
VICKY HARTZLER,
RODNEY DAVIS of Illinois,
TED S. YOHO,
DAVID ROUZER,
ROGER W. MARSHALL,
JODEY C. ARRINGTON,
COLLIN C. PETERSON,
DAVID SCOTT of Georgia,
JIM COSTA,
MARCIA L. FUDGE,
JAMES P. MCGOVERN,
FILEMON VELA,
ANN M. KUSTER of New Hampshire,
TOM O'HALLERAN,
VIRGINIA FOXX,
RICK W. ALLEN,
ALMA S. ADAMS,
KEVIN CRAMER,
EDWARD R. ROYCE,
STEVE CHABOT,
ELIOT L. ENGEL,
ROB BISHOP of Utah,
BRUCE WESTERMAN,
RAÚL M. GRIJALVA,
JAMES COMER,
RALPH LEE ABRAHAM,
NEAL P. DUNN,
EDDIE BERNICE JOHNSON of Texas,
JEFF DENHAM,
BOB GIBBS,
CHERI BUSTOS,
*Managers on the Part of the House.*

PAT ROBERTS,
MITCH MCCONNELL,
JOHN BOOZMAN,
JOHN HOEVEN,
JONI ERNST,

797

DEBBIE STABENOW,
PATRICK J. LEAHY,
SHERROD BROWN,
HEIDI HEITKAMP,
*Managers on the Part of the Senate.*

○