IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Murray Dines, d/b/a Terpene Distribution,<br><br>    Plaintiff,<br><br>v.<br><br>Laura Kelly, in her official capacity as Governor of the State of Kansas, and Derek Schmidt, in his official capacity as Attorney General of the State of Kansas,<br><br>    Defendants. | Case No. 2:22-CV-02248-KHV-GEB |

## Motion to Dismiss or Stay

Pursuant to Fed. R. Civ. P. 12(b)(6) and the *Pullman* abstention doctrine, the defendants move the Court for an order dismissing Plaintiff's lawsuit for failure to state a claim or, in the alternative, staying proceedings in this action.

The Memorandum in Support of Motion to Dismiss or Stay, filed contemporaneously with motion, is incorporated here.

1

Respectfully submitted,

OFFICE OF ATTORNEY GENERAL
DEREK SCHMIDT
s/ Arthur S. Chalmers
Arthur S. Chalmers, KS S. Ct. #11088
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, Kansas 66612
Ph: (785) 368-6244
Fax: (785) 291-3767
Email:  art.chalmers@ag.ks.gov
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I certify that on July 8, 2022, a copy of the foregoing Motion to Dismiss or Stay was filed and served via the Court's electronic filing system on all counsel of record.

s/ Arthur S. Chalmers