IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| MURRAY DINES, d/b/a Terpene Distribution, ) ) ) Plaintiff, ) ) Vs. ) ) LAURA KELLY, in her official capacity ) as Governor of the State of Kansas, ) ) and, ) ) DEREK SCHMIDT, in his official capacity ) as Attorney General of the State of Kansas, ) ) Defendants. ) | Case No.: 2:22-CV-02248-KHV-GEB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff Murray Dines and Defendants Laura Kelly, in her official capacity as Governor of the State of Kansas, and Derek Schmidt, in his official capacity as Attorney General of the State of Kansas, by and through the undersigned counsel, to stipulate to dismissal without prejudice of all claims remaining in this case, which each party to bear their own costs, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

| | |
|---|---|
| *Sloan, Eisenbarth, Glassman, McEntire & Jarboe, L.L.C.* | *Office of Attorney General Derek Schmidt* |
| s/ Tai J. Vokins | s/ Arthur S. Chalmers |
| Tai J. Vokins, #23707 | Arthur S. Chalmers, #11088 |
| PO Box 766 | Assistant Attorney General |
| 831 Massachusetts, Suite B | 120 SW 10th Ave., 2nd Floor |
| Lawrence, KS 66044 | Topeka, Kansas 66612 |
| Tel. 785.842.6311 | Tel. 785.368.6244 |
| Fax 785.842.6312 | Fax 785.291.3767 |
| tvokins@sloanlawfirm.com | art.chalmers@ag.ks.gov |
| Attorneys for Plaintiff | Attorneys for Defendants |